# Exhibit A

03013        kd
pleadings@benshaplaw.com

FILED
4/18/2023 10:55 AM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2023L003853
Calendar, C
22334299

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

| | |
|---|---|
| DOMENIQUE WADE, ) | |
| Plaintiff, ) | |
| Vs. ) | No. 2023L003853 |
| W HOTEL MANAGEMENT, INC., a Delaware ) Corporation; MARRIOTT INTERNATIONAL, INC., a ) Delaware Corporation, Individually and d/b/a W HOTELS ) WORLDWIDE; CHSP LAKESHORE LLC, a Delaware ) Limited Liability Company; CHSP TRS LAKESHORE, ) LLC, a Delaware Limited Liability Company; and ) STARWOOD HOTELS & RESORTS WORLDWIDE, ) INC., a Maryland Corporation, Individually and d/b/a W ) CHICAGO LAKESHORE, ) | |
| Defendant. ) | |

## COMPLAINT

### COUNT I
### W HOTEL MANAGEMENT INC.,
### A Delaware Corporation

Now comes the Plaintiff, DOMENIQUE WADE, by and through her attorneys,

BENJAMIN AND SHAPIRO, LTD., and complains of the Defendant, W HOTEL

MANAGEMENT, INC., a Delaware Corporation, as follows:

1. That on or about the 22nd day of May, 2021, the Defendant, W HOTEL MANAGEMENT,

INC., a Delaware Corporation, owned the premises located at 644 North Lake Shore Drive, Chicago,

Cook County, Illinois, including, but not limited to, the area in front of the hotel entrance.

2. That on or about the 22nd day of May, 2021, the Defendant, W HOTEL MANAGEMENT,

1



INC., a Delaware Corporation, operated the premises located at 644 North Lake Shore Drive, Chicago, Cook County, Illinois, including, but not limited to, the area in front of the hotel entrance.

3. That on or about the 22nd day of May, 2021, the Defendant, W HOTEL MANAGEMENT, INC., a Delaware Corporation, controlled the premises located at 644 North Lake Shore Drive, Chicago, Cook County, Illinois, including, but not limited to, the area in front of the hotel entrance.

4. That on or about the 22nd day of May, 2021, the Defendant, W HOTEL MANAGEMENT, INC., a Delaware Corporation, managed the premises located at 644 North Lake Shore Drive, Chicago, Cook County, Illinois, including, but not limited to, the area in front of the hotel entrance.

5. That on or about the 22nd day of May, 2021, the Defendant, W HOTEL MANAGEMENT, INC., a Delaware Corporation, maintained the premises located at 644 North Lake Shore Drive, Chicago, Cook County, Illinois, including, but not limited to, the area in front of the hotel entrance.

6. That at all times herein mentioned the Plaintiff, DOMENIQUE WADE, was lawfully on said premises.

7. That at all times herein mentioned the Defendant owed a duty to the Plaintiff to use ordinary care in the operation of said premises so that the Plaintiff would not be injured.

8. That at the time and place aforesaid the Defendant, W HOTEL MANAGEMENT, INC., a Delaware Corporation, Individually and/or through its agents and employees, was then and there guilty of one or more of the following wrongful acts or omissions, thereby breaching his duty of ordinary care:

    a. Carelessly and negligently operated, managed, maintained and controlled said premises, including the area in front of the hotel entrance;

    b. Carelessly and negligently allowed the area to be and remain in an unsafe condition although the Defendant knew or in the exercise of ordinary care should have known that said condition created a hazard to the Plaintiff walking in the area;

    c. Carelessly and negligently allowed what appeared to be a drainage box to be broken and to create a hole in the area in front of the hotel, although




the Defendant knew or in the exercise ordinary care should have known that said condition created a hazard to the Plaintiff walking in the area;

    d. Carelessly and negligently failed to repair the box and fill the hole created in the area in front of th hotel, although the Defendant knew or in the exercise ordinary care should have known that said condition created a hazard to the Plaintiff walking in the area;

    e. Failed to provide the Plaintiff with a safe place to walk.;

    f. Failed to warn the Plaintiff of the dangerous condition of the area in front of the hotel, although the Defendant knew or in the exercise of ordinary care should have known that said condition created a hazard to the Plaintiff walking in the area.

9. That as a direct and proximate result thereof the Plaintiff, DOMENIQUE WADE, was caused to trip and fall due to the hole in the area in front of the hotel.

10. That as a direct and proximate result thereof the Plaintiff, DOMENIQUE WADE, was injured in her head, body and limbs, both internally and externally and she suffered bodily pain and injury from then until now and will continue so to suffer in the future; that he has expended and will in the future be compelled to expend large sums of money in endeavoring to be cured of her said injuries; that she has lost and will in the future lose large sums of money by reason of being unable to follow her usual occupation as a result of said injuries.

WHEREFORE, Plaintiff, DOMENIQUE WADE, prays this Honorable court for Judgment against the Defendant, W HOTEL MANAGEMENT, INC., a Delaware Corporation, in such sum of money in excess of FIFTY THOUSAND ($50,000.00) DOLLARS, which shall constitute fair and reasonable compensation for Plaintiff's injuries.

COUNT II
MARRIOTT INTERNATIONAL, INC.
A Delaware Corporation
Individually and d/b/a W HOTELS WORLDWIDE

Now comes the Plaintiff, DOMENIQUE WADE, by and through her attorneys,



BENJAMIN AND SHAPIRO, LTD., and complains of the Defendant, MARRIOTT INTERNATIONAL, INC., a Delaware Corporation, Individually and d/b/a W HOTELS WORLDWIDE, as follows:

1. That on or about the 22nd day of May, 2021, the Defendant, MARRIOTT INTERNATIONAL, INC., a Delaware Corporation, Individually and d/b/a W HOTELS WORLDWIDE, owned the premises located at 644 North Lake Shore Drive, Chicago, Cook County, Illinois, including, but not limited to, the area in front of the hotel entrance.

2. That on or about the 22nd day of May, 2021, the Defendant, MARRIOTT INTERNATIONAL, INC., a Delaware Corporation, Individually and d/b/a W HOTELS WORLDWIDE, operated the premises located at 644 North Lake Shore Drive, Chicago, Cook County, Illinois, including, but not limited to, the area in front of the hotel entrance.

3. That on or about the 22nd day of May, 2021, the Defendant, MARRIOTT INTERNATIONAL, INC., a Delaware Corporation, Individually and d/b/a W HOTELS WORLDWIDE, controlled the premises located at 644 North Lake Shore Drive, Chicago, Cook County, Illinois, including, but not limited to, the area in front of the hotel entrance.

4. That on or about the 22nd day of May, 2021, the Defendant, MARRIOTT INTERNATIONAL, INC., a Delaware Corporation, Individually and d/b/a W HOTELS WORLDWIDE, managed the premises located at 644 North Lake Shore Drive, Chicago, Cook County, Illinois, including, but not limited to, the area in front of the hotel entrance.

5. That on or about the 22nd day of May, 2021, the Defendant, MARRIOTT INTERNATIONAL, INC., a Delaware Corporation, Individually and d/b/a W HOTELS WORLDWIDE, maintained the premises located at 644 North Lake Shore Drive, Chicago, Cook County, Illinois, including, but not limited to, the area in front of the hotel entrance.



6. That at all times herein mentioned the Plaintiff, DOMENIQUE WADE, was lawfully on said premises.

7. That at all times herein mentioned the Defendant owed a duty to the Plaintiff to use ordinary care in the operation of said premises so that the Plaintiff would not be injured.

8. That at the time and place aforesaid the Defendant, MARRIOTT INTERNATIONAL, INC., a Delaware Corporation, Individually and d/b/a W HOTELS WORLDWIDE, Individually and/or through its agents and employees, was then and there guilty of one or more of the following wrongful acts or omissions, thereby breaching his duty of ordinary care:

    a. Carelessly and negligently operated, managed, maintained and controlled said premises, including the area in front of the hotel entrance;

    b. Carelessly and negligently allowed the area to be and remain in an unsafe condition although the Defendant knew or in the exercise of ordinary care should have known that said condition created a hazard to the Plaintiff walking in the area;

    c. Carelessly and negligently allowed what appeared to be a drainage box to be broken and to create a hole in the area in front of the hotel, although the Defendant knew or in the exercise ordinary care should have known that said condition created a hazard to the Plaintiff walking in the area;

    d. Carelessly and negligently failed to repair the box and fill the hole created in the area in front of th hotel, although the Defendant knew or in the exercise ordinary care should have known that said condition created a hazard to the Plaintiff walking in the area;

    e. Failed to provide the Plaintiff with a safe place to walk.;

    f. Failed to warn the Plaintiff of the dangerous condition of the area in front of the hotel, although the Defendant knew or in the exercise of ordinary care should have known that said condition created a hazard to the Plaintiff walking in the area.

9. That as a direct and proximate result thereof the Plaintiff, DOMENIQUE WADE, was caused to trip and fall due to the hole in the area in front of the hotel.

10. That as a direct and proximate result thereof the Plaintiff, DOMENIQUE WADE, was



injured in her head, body and limbs, both internally and externally and she suffered bodily pain and injury from then until now and will continue so to suffer in the future; that he has expended and will in the future be compelled to expend large sums of money in endeavoring to be cured of her said injuries; that she has lost and will in the future lose large sums of money by reason of being unable to follow her usual occupation as a result of said injuries.

WHEREFORE, Plaintiff, DOMENIQUE WADE, prays this Honorable court for Judgment against the Defendant, MARRIOTT INTERNATIONAL, INC., a Delaware Corporation, Individually and d/b/a W HOTELS WORLDWIDE, in such sum of money in excess of FIFTY THOUSAND ($50,000.00) DOLLARS, which shall constitute fair and reasonable compensation for Plaintiff's injuries.

COUNT III
CHSP LAKESHORE LLC,
A Delaware Limited Liability Company

Now comes the Plaintiff, DOMENIQUE WADE, by and through her attorneys, BENJAMIN AND SHAPIRO, LTD., and complains of the Defendant, CHSP LAKESHORE LLC, a Delaware Limited Liability Company, as follows:

1. That on or about the 22nd day of May, 2021, the Defendant, CHSP LAKESHORE LLC, a Delaware Limited Liability Company, owned the premises located at 644 North Lake Shore Drive, Chicago, Cook County, Illinois, including, but not limited to, the area in front of the hotel entrance.

2. That on or about the 22nd day of May, 2021, the Defendant, CHSP LAKESHORE LLC, a Delaware Limited Liability Company, operated the premises located at 644 North Lake Shore Drive, Chicago, Cook County, Illinois, including, but not limited to, the area in front of the hotel entrance.

3. That on or about the 22nd day of May, 2021, the Defendant, CHSP LAKESHORE LLC, a Delaware Limited Liability Company, controlled the premises located at 644 North Lake Shore Drive,



Chicago, Cook County, Illinois, including, but not limited to, the area in front of the hotel entrance.

4. That on or about the 22nd day of May, 2021, the Defendant, CHSP LAKESHORE LLC, a Delaware Limited Liability Company, managed the premises located at 644 North Lake Shore Drive, Chicago, Cook County, Illinois, including, but not limited to, the area in front of the hotel entrance.

5. That on or about the 22nd day of May, 2021, the Defendant, CHSP LAKESHORE LLC, a Delaware Limited Liability Company, maintained the premises located at 644 North Lake Shore Drive, Chicago, Cook County, Illinois, including, but not limited to, the area in front of the hotel entrance.

6. That at all times herein mentioned the Plaintiff, DOMENIQUE WADE, was lawfully on said premises.

7. That at all times herein mentioned the Defendant owed a duty to the Plaintiff to use ordinary care in the operation of said premises so that the Plaintiff would not be injured.

8. That at the time and place aforesaid the Defendant, CHSP LAKESHORE LLC, a Delaware Limited Liability Company, Individually and/or through its agents and employees, was then and there guilty of one or more of the following wrongful acts or omissions, thereby breaching his duty of ordinary care:

> a. Carelessly and negligently operated, managed, maintained and controlled said premises, including the area in front of the hotel entrance;
>
> b. Carelessly and negligently allowed the area to be and remain in an unsafe condition although the Defendant knew or in the exercise of ordinary care should have known that said condition created a hazard to the Plaintiff walking in the area;
>
> c. Carelessly and negligently allowed what appeared to be a drainage box to be broken and to create a hole in the area in front of the hotel, although the Defendant knew or in the exercise ordinary care should have known that said condition created a hazard to the Plaintiff walking in the area;
>
> d. Carelessly and negligently failed to repair the box and fill the hole created in the area in front of th hotel, although the Defendant knew or in the exercise ordinary care should have known that said condition created a hazard to the

7



Plaintiff walking in the area;

    e. Failed to provide the Plaintiff with a safe place to walk.;

    f. Failed to warn the Plaintiff of the dangerous condition of the area in front of the hotel, although the Defendant knew or in the exercise of ordinary care should have known that said condition created a hazard to the Plaintiff walking in the area.

9. That as a direct and proximate result thereof the Plaintiff, DOMENIQUE WADE, was caused to trip and fall due to the hole in the area in front of the hotel.

10. That as a direct and proximate result thereof the Plaintiff, DOMENIQUE WADE, was injured in her head, body and limbs, both internally and externally and she suffered bodily pain and injury from then until now and will continue so to suffer in the future; that he has expended and will in the future be compelled to expend large sums of money in endeavoring to be cured of her said injuries; that she has lost and will in the future lose large sums of money by reason of being unable to follow her usual occupation as a result of said injuries.

WHEREFORE, Plaintiff, DOMENIQUE WADE, prays this Honorable court for Judgment against the Defendant, CHSP LAKESHORE LLC, a Delaware Limited Liability Company, in such sum of money in excess of FIFTY THOUSAND ($50,000.00) DOLLARS, which shall constitute fair and reasonable compensation for Plaintiff's injuries.

COUNT IV
CHSP TRS LAKESHORE LLC,
A Delaware Limited Liability Company

Now comes the Plaintiff, DOMENIQUE WADE, by and through her attorneys, BENJAMIN AND SHAPIRO, LTD., and complains of the Defendant, CHSP TRS LAKESHORE LLC, a Delaware Limited Liability Company, as follows:

1. That on or about the 22nd day of May, 2021, the Defendant, CHSP TRS LAKESHORE LLC, a Delaware Limited Liability Company, owned the premises located at 644 North Lake Shore Drive,

8



Chicago, Cook County, Illinois, including, but not limited to, the area in front of the hotel entrance.

2. That on or about the 22nd day of May, 2021, the Defendant, CHSP TRS LAKESHORE LLC, a Delaware Limited Liability Company, operated the premises located at 644 North Lake Shore Drive, Chicago, Cook County, Illinois, including, but not limited to, the area in front of the hotel entrance.

3. That on or about the 22nd day of May, 2021, the Defendant, CHSP TRSCLAKESHORE LLC, a Delaware Limited Liability Company, controlled the premises located at 644 North Lake Shore Drive, Chicago, Cook County, Illinois, including, but not limited to, the area in front of the hotel entrance.

4. That on or about the 22nd day of May, 2021, the Defendant, CHSP TRS LAKESHORE LLC, a Delaware Limited Liability Company, managed the premises located at 644 North Lake Shore Drive, Chicago, Cook County, Illinois, including, but not limited to, the area in front of the hotel entrance.

5. That on or about the 22nd day of May, 2021, the Defendant, CHSP TRSCLAKESHORE LLC, a Delaware Limited Liability Company, maintained the premises located at 644 North Lake Shore Drive, Chicago, Cook County, Illinois, including, but not limited to, the area in front of the hotel entrance.

6. That at all times herein mentioned the Plaintiff, DOMENIQUE WADE, was lawfully on said premises.

7. That at all times herein mentioned the Defendant owed a duty to the Plaintiff to use ordinary care in the operation of said premises so that the Plaintiff would not be injured.

8. That at the time and place aforesaid the Defendant, CHSP TRS LAKESHORE LLC, a Delaware Limited Liability Company, Individually and/or through its agents and employees, was then and there guilty of one or more of the following wrongful acts or omissions, thereby breaching his duty of ordinary care:

    a. Carelessly and negligently operated, managed, maintained and controlled said premises, including the area in front of the hotel entrance;

    b. Carelessly and negligently allowed the area to be and remain



in an unsafe condition although the Defendant knew or in the exercise of ordinary care should have known that said condition created a hazard to the Plaintiff walking in the area;

    c. Carelessly and negligently allowed what appeared to be a drainage box to be broken and to create a hole in the area in front of the hotel, although the Defendant knew or in the exercise ordinary care should have known that said condition created a hazard to the Plaintiff walking in the area;

    d. Carelessly and negligently failed to repair the box and fill the hole created in the area in front of th hotel, although the Defendant knew or in the exercise ordinary care should have known that said condition created a hazard to the Plaintiff walking in the area;

    e. Failed to provide the Plaintiff with a safe place to walk.;

    f. Failed to warn the Plaintiff of the dangerous condition of the area in front of the hotel, although the Defendant knew or in the exercise of ordinary care should have known that said condition created a hazard to the Plaintiff walking in the area.

9. That as a direct and proximate result thereof the Plaintiff, DOMENIQUE WADE, was caused to trip and fall due to the hole in the area in front of the hotel.

10. That as a direct and proximate result thereof the Plaintiff, DOMENIQUE WADE, was injured in her head, body and limbs, both internally and externally and she suffered bodily pain and injury from then until now and will continue so to suffer in the future; that he has expended and will in the future be compelled to expend large sums of money in endeavoring to be cured of her said injuries; that she has lost and will in the future lose large sums of money by reason of being unable to follow her usual occupation as a result of said injuries.

WHEREFORE, Plaintiff, DOMENIQUE WADE, prays this Honorable court for Judgment against the Defendant, CHSP TRS LAKESHORE LLC, a Delaware Limited Liability Company, in such sum of money in excess of FIFTY THOUSAND ($50,000.00) DOLLARS, which shall constitute fair and reasonable compensation for Plaintiff's injuries.



## COUNT V
## STARWOOD HOTELS & RESORTS WORLDWIDE, INC.
### A Maryland Corporation
### Individually and d/b/a W CHICAGO LAKESHORE

Now comes the Plaintiff, DOMENIQUE WADE, by and through her attorneys, BENJAMIN AND SHAPIRO, LTD., and complains of the Defendant, STARWOOD HOTELS & RESORTS WORLDWIDE, INC., a Maryland Corporation, Individually and d/b/a W CHICAGO LAKESHORE, as follows:

1. That on or about the 22nd day of May, 2021, the Defendant, STARWOOD HOTELS & RESORTS WORLDWIDE, INC., a Maryland Corporation, Individually and d/b/a W CHICAGO LAKESHORE, owned the premises located at 644 North Lake Shore Drive, Chicago, Cook County, Illinois, including, but not limited to, the area in front of the hotel entrance.

2. That on or about the 22nd day of May, 2021, the Defendant, STARWOOD HOTELS & RESORTS WORLDWIDE, INC., a Maryland Corporation, Individually and d/b/a W CHICAGO LAKESHORE, operated the premises located at 644 North Lake Shore Drive, Chicago, Cook County, Illinois, including, but not limited to, the area in front of the hotel entrance.

3. That on or about the 22nd day of May, 2021, the Defendant, STARWOOD HOTELS & RESORTS WORLDWIDE, INC., a Maryland Corporation, Individually and d/b/a W CHICAGO LAKESHORE, controlled the premises located at 644 North Lake Shore Drive, Chicago, Cook County, Illinois, including, but not limited to, the area in front of the hotel entrance.

4. That on or about the 22nd day of May, 2021, the Defendant, STARWOOD HOTELS & RESORTS WORLDWIDE, INC., a Maryland Corporation, Individually and d/b/a W CHICAGO LAKESHORE, managed the premises located at 644 North Lake Shore Drive, Chicago, Cook County, Illinois, including, but not limited to, the area in front of the hotel entrance.

11



5. That on or about the 22nd day of May, 2021, the Defendant, STARWOOD HOTELS & RESORTS WORLDWIDE, INC., a Maryland Corporation, Individually and d/b/a W CHICAGO LAKESHORE, maintained the premises located at 644 North Lake Shore Drive, Chicago, Cook County, Illinois, including, but not limited to, the area in front of the hotel entrance.

6. That at all times herein mentioned the Plaintiff, DOMENIQUE WADE, was lawfully on said premises.

7. That at all times herein mentioned the Defendant owed a duty to the Plaintiff to use ordinary care in the operation of said premises so that the Plaintiff would not be injured.

8. That at the time and place aforesaid the Defendant, STARWOOD HOTELS & RESORTS WORLDWIDE, INC., a Maryland Corporation, Individually and d/b/a W CHICAGO LAKESHORE, Individually and/or through its agents and employees, was then and there guilty of one or more of the following wrongful acts or omissions, thereby breaching his duty of ordinary care:

    a. Carelessly and negligently operated, managed, maintained and controlled said premises, including the area in front of the hotel entrance;

    b. Carelessly and negligently allowed the area to be and remain in an unsafe condition although the Defendant knew or in the exercise of ordinary care should have known that said condition created a hazard to the Plaintiff walking in the area;

    c. Carelessly and negligently allowed what appeared to be a drainage box to be broken and to create a hole in the area in front of the hotel, although the Defendant knew or in the exercise ordinary care should have known that said condition created a hazard to the Plaintiff walking in the area;

    d. Carelessly and negligently failed to repair the box and fill the hole created in the area in front of th hotel, although the Defendant knew or in the exercise ordinary care should have known that said condition created a hazard to the Plaintiff walking in the area;

    e. Failed to provide the Plaintiff with a safe place to walk.;

    f. Failed to warn the Plaintiff of the dangerous condition of the area in front of the hotel, although the Defendant knew or in the exercise of ordinary




care should have known that said condition created a hazard to the Plaintiff walking in the area.

9. That as a direct and proximate result thereof the Plaintiff, DOMENIQUE WADE, was caused to trip and fall due to the hole in the area in front of the hotel.

10. That as a direct and proximate result thereof the Plaintiff, DOMENIQUE WADE, was injured in her head, body and limbs, both internally and externally and she suffered bodily pain and injury from then until now and will continue so to suffer in the future; that he has expended and will in the future be compelled to expend large sums of money in endeavoring to be cured of her said injuries; that she has lost and will in the future lose large sums of money by reason of being unable to follow her usual occupation as a result of said injuries.

WHEREFORE, Plaintiff, DOMENIQUE WADE, prays this Honorable court for Judgment against the Defendant, STARWOOD HOTELS & RESORTS WORLDWIDE, INC., a Maryland Corporation, Individually and d/b/a W CHICAGO LAKESHORE, in such sum of money in excess of FIFTY THOUSAND ($50,000.00) DOLLARS, which shall constitute fair and reasonable compensation for Plaintiff's injuries.

\s\ COREY A. BENJAMIN, Attorney

03013
BENJAMIN AND SHAPIRO, LTD.
180 North LaSalle Street, 2600
Chicago, IL 60601
(312) 641-5944
pleadings@benshaplaw.com

13



03013  kd
pleadings@benshaplaw.com

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

| | |
|---|---|
| DOMENIQUE WADE, ) | |
| Plaintiff, ) | |
| Vs. ) | No. |
| W HOTEL MANAGEMENT, INC., a Delaware ) | |
| Corporation; MARRIOTT INTERNATIONAL, INC., a ) | |
| Delaware Corporation, Individually and d/b/a W HOTELS ) | |
| WORLDWIDE; CHSP LAKESHORE LLC, a Delaware ) | |
| Limited Liability Company; CHSP TRS LAKESHORE, ) | |
| LLC, a Delaware Limited Liability Company; and ) | |
| STARWOOD HOTELS & RESORTS WORLDWIDE, ) | |
| INC., a Maryland Corporation, Individually and d/b/a W ) | |
| CHICAGO LAKESHORE, ) | |
| Defendant. ) | |

## AFFIDAVIT

The undersigned, one of the Attorneys for the Plaintiffs herein, states that this is a civil action seeking money damages in excess of FIFTY THOUSAND ($50,000.00) DOLLARS.

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he verily believes that same to be true.

/s/ Corey A. Benjamin
BENJAMIN AND SHAPIRO, LTD.
Attorney for Plaintiffs

03013
BENJAMIN AND SHAPIRO, LTD.
180 North LaSalle Street
Chicago, Illinois 60601
Phone: (312) 641-5944
pleadings@benshaplaw.com



14

Civil Action Cover Sheet - Case Initiation (12/01/20) CCL 0520

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, LAW DIVISION

Domenique Wade

v.

W HOTEL MANAGEMENT, INC., a Delaware Corporation; MARRIOTT INTERNATIONAL, INC., a Delaware Corporation, Individually and d/b/a W HOTELS WORLDWIDE; CHSP LAKESHORE LLC, a Delaware Limited Liability Company; CHSP TRS LAKESHORE, LLC, a Delaware Limited Liability Company; and STARWOOD HOTELS & RESORTS WORLDWIDE, INC, a Maryland Corporation, Individually and d/b/a W CHICAGO LAKESHORE.

No. _____

### CIVIL ACTION COVER SHEET - CASE INITIATION

A Civil Action Cover Sheet - Case Initiation shall be filed with the complaint in all civil actions. The information contained herein is for administrative purposes only and cannot be introduced into evidence. Please check the box in front of the appropriate case type which best characterizes your action. Only one (1) case type may be checked with this cover sheet.

Jury Demand ☐ Yes ☒ No

(FILE STAMP)

**PERSONAL INJURY/WRONGFUL DEATH**
CASE TYPES:
☐ 027 Motor Vehicle
☐ 040 Medical Malpractice
☐ 047 Asbestos
☐ 048 Dram Shop
☐ 049 Product Liability
☐ 051 Construction Injuries
     (including Structural Work Act, Road
     Construction Injuries Act and negligence)
☐ 052 Railroad/FELA
☐ 053 Pediatric Lead Exposure
☐ 061 Other Personal Injury/Wrongful Death
☐ 063 Intentional Tort
☐ 064 Miscellaneous Statutory Action
     (Please Specify Below**)
■ 065 Premises Liability
☐ 078 Fen-phen/Redux Litigation
☐ 199 Silicone Implant

**TAX & MISCELLANEOUS REMEDIES**
CASE TYPES:
☐ 007 Confessions of Judgment
☐ 008 Replevin
☐ 009 Tax
☐ 015 Condemnation
☐ 017 Detinue
☐ 029 Unemployment Compensation
☐ 031 Foreign Transcript
☐ 036 Administrative Review Action
☐ 085 Petition to Register Foreign Judgment
☐ 099 All Other Extraordinary Remedies

By: \s\Corey A. Benjamin, Attorney
(Attorney)       (Pro Se)

**COMMERCIAL LITIGATION**
CASE TYPES:
☐ 002 Breach of Contract
☐ 070 Professional Malpractice
     (other than legal or medical)
☐ 071 Fraud (other than legal or medical)
☐ 072 Consumer Fraud
☐ 073 Breach of Warranty
☐ 074 Statutory Action
     (Please specify below.**)
☐ 075 Other Commercial Litigation
     (Please specify below.**)
☐ 076 Retaliatory Discharge

**OTHER ACTIONS**
CASE TYPES:
☐ 062 Property Damage
☐ 066 Legal Malpractice
☐ 077 Libel/Slander
☐ 079 Petition for Qualified Orders
☐ 084 Petition to Issue Subpoena
☐ 100 Petition for Discovery

** _____

Primary Email: pleadings@benshaplaw.com

Secondary Email: cbenjamin@benshaplaw.com

Tertiary Email: _____

**Pro Se Only:** ☐ I have read and agree to the terms of the *Clerk's Office Electronic Notice Policy* and choose to opt in to electronic notice form the **Clerk's Office** for this case at this email address: _____

**IRIS Y. MARTINEZ, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**
Page 1 of 1

